IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:21-CR-26-CAR-CHW |
| JONATHAN REMSEN, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER ON TO UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Government's Unopposed Motion to Continue [Doc. 37] Defendant Jonathan Remsen's trial currently scheduled for September 19, 2022, to October 24, 2022. Defendant does not oppose the request.

On May 11, 2021, the Grand Jury returned an indictment charging Defendant with Possession of Child Pornography and Distribution of Child Pornography. On May 19, 2021, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and was released on an unsecured bond. On May 24, 2022, the Court scheduled Defendant's trial to begin on September 19, 2022.

In its motion, the Government represents that its case agent is scheduled to be out of state the week of Defendants trial. The parties jointly request a continuance to October 24, 2022, to ensure all witnesses for the Government and the Defendant will be available for trial. Having considered the matter, the Court finds it serves the ends of justice to grant the parties' request. The ends of justice served by granting a continuance outweigh

the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel the ability to have their witnesses present at trial and could result in a miscarriage of justice. Thus, the Government's Motion [Doc. 37] is **GRANTED**, and **IT IS HEREBY ORDERED** that Defendant's trial be continued to the October 24, 2022 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 26th day of May, 2022.

s/ C. Ashley Royal  
C. ASHLEY ROYAL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT