IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:21-CR-26-CAR-CHW |
| JONATHAN REMSEN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON TO UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Government's Unopposed Motion to Continue [Doc. 43] Defendant Jonathan Remsen's trial currently scheduled for October 24, 2022. This case has been previously continued multiple times, and Defendant does not oppose the Government's request. On May 11, 2021, the Grand Jury returned an indictment charging Defendant with Possession of Child Pornography and Distribution of Child Pornography. On May 19, 2021, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and was released on an unsecured bond.

In its Motion, the Government represents that its lead counsel is currently responding to a family medical emergency and requests the case be continued. Having considered the matter, the Court finds it serves the ends of justice to grant the Government's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a

miscarriage of justice. Thus, the Government's Motion [Doc. 43] is **GRANTED**, and **IT IS HEREBY ORDERED** that Defendant's trial be continued and **RESET** for Tuesday, November 29th, 2022, at 9:00 AM in Athens, Georgia. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 13th day of October, 2022.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT