IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA      :
     :
v.      :
     :     No. 3:21-CR-26-CAR-CHW
JONATHAN REMSEN,      :
     :
     Defendant.      :
_____ :

## ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Jonathan Remsen's Motion to Continue [Doc. 48] the trial currently scheduled for November 29, 2022. This case has been previously continued multiple times. The Government opposes Defendant's current request for a continuance. On May 11, 2021, the Grand Jury returned an indictment charging Defendant with Possession of Child Pornography and Distribution of Child Pornography. On May 19, 2021, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and was released on an unsecured bond.

In his Motion, Defendant represents that his stepmother, who he intends on calling as a character witness, will be unavailable due to undergoing colorectal surgery the day before trial is set to begin. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. This case has been previously continued multiple times to accommodate the Government, and Defendant has expressed a convincing interest in calling his stepmother and father as character witnesses. The ends

of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny Defendant the ability to call these character witnesses and could result in a miscarriage of justice.

Thus, Defendant's Motion [Doc. 48] is **GRANTED**, and **IT IS HEREBY ORDERED** that Defendant's trial be continued and **RESET** for Tuesday, January 31st, 2023, at 9:00 AM in Athens, Georgia. The Court will not be inclined to grant either party any further continuances. The parties are expected to be prepared to begin the trial of Defendant's case on January 31, 2023. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 14th day of November, 2022.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT